**1160** ■■■■■■■■■■■■■

■

### Cheryl A. (Barnes) CARREIRO

v.

### Merriman R. BARNES et al.

No. 82–176–M.P.

Supreme Court of Rhode Island.

May 13, 1982.

Thomas E. Wright, Warren, for plaintiff-respondent.

Kenneth J. Macksoud, Providence, for defendants-petitioners.

#### ORDER

The petition for writ of certiorari is denied.

■

### Thomas DIXON et al.

v.

### AMERICAN RE-INSURANCE CO.

No. 81–609–A.

Supreme Court of Rhode Island.

May 13, 1982.

John F. McBurney, Robert J. Rahill, Pawtucket, for plaintiffs.

Selya & Iannuccillo, Inc., Bruce M. Selya, Providence, for defendant.

#### ORDER

The defendant's motion to supplement the record with certain depositions is granted, without prejudice, however, to plaintiffs' right at oral argument to renew their objection to our considering these materials in deciding this appeal.

■

### Frank J. FORMISANO et al.

v.

### BLUE CROSS OF RHODE ISLAND

and

### Blue Shield of Rhode Island.

No. 81–459–A.

Supreme Court of Rhode Island.

May 13, 1982.

Lovett & Morgera, Lauren E. Jones, Mark A. Sjoberg, Providence, Lawrence M. Iacoi, Susan D. Hayes, Legal Counsel, Dept. of Business Regulation, Providence (amicus curiae), for plaintiffs.

Tillinghast, Collins & Graham, Edwin H. Hastings, Peter J. McGinn, Providence, for defendants.

#### ORDER

The motion of the Department of Business Regulation for leave to withdraw as amicus curiae is granted.

WEISBERGER, J., and MURRAY, J., did not participate.